

**ORDERED in the Southern District of Florida on July 6, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

___

In re:
Freddy Cortiza
    and
Maria L. Cortiza

              Debtor      /

Case No: 17-16949-RAM

Chapter 7

## ORDER GRANTING EX-PARTE MOTION TO WAIVE JOINT DEBTOR'S APPEARANCE AT 341 MEETING

**THIS CAUSE** having come upon Debtors *Ex-Parte* Motion to Waive Debtor's Appearance at 341 Meeting and the Court having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Debtor's Ex-Parte Motion to Waive Debtor's Appearance at the 341 Meeting of Creditors is GRANTED.
2. Joint Debtor, Maria Cortiza, will testify on the debtor's behalf at the 341 Meeting of Creditors.

###

Attorney Robert Sanchez, Esq. is hereby directed to mail a conformed copy of this order to all affected parties